# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3680

_____

Cornelius Moore,                                 *

                                       *

Appellant,                    * Appeal from the United States

                                       * District Court for the District

v.                                * of Nebraska.

                                       *

Bruce Wagner; John Cherry, Dr.; State   *      [UNPUBLISHED]

of Nebraska; Frank Hopkins,          *

                                       *

Appellees.                    *

_____

Submitted:  April 5, 2004

Filed:  April 8, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Nebraska inmate Cornelius Moore appeals the district court's[*] dismissal of Moore's civil complaint. After carefully reviewing the record, we conclude the district court properly dismissed Moore's complaint as time-barred. Accordingly, the judgment is affirmed, see 8th Cir. R. 47B, and we deny Moore's motion for reimbursement of funds.

_____

[*]The Honorable Warren K. Urbom, United States District Judge for the District of Nebraska.